ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Z-KAT, INC., et al., | ) | CASE NO. 1:02CV1384 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY PERPETUALLY</u> |
| CBYON, INC., | ) | <u>STAYING FURTHER PROCEEDINGS</u> |
| | ) | <u>AND CLOSING THE WITHIN CASE</u> |
| Defendant. | ) | |
| | ) | |

The Court had previously been informed by the filing of plaintiffs' Notice of Cbyon Bankruptcy (Doc. 83) that on September 23, 2003, a petition for relief in a case under Title 11 of the United States Code (the "Bankruptcy Code") was filed by defendant Cbyon, Inc. Pursuant to 11 U.S.C. § 362, the filing of such a case under the Bankruptcy Code mandated a stay of the within proceedings. *See* Order (Doc. 84), filed on February 23, 2004. There has been no further activity in this Court since February 2004, and the matter remains open on this Court's docket. Accordingly,

Further proceedings in the within cause are hereby perpetually stayed and the within case is hereby **CLOSED**, subject to reopening upon written motion of the plaintiffs or any other proper party in interest, after the bankruptcy case is closed, dismissed, or discharge in bankruptcy is granted or

denied, or the granting of relief from the stay imposed by § 362 or any injunction imposed by virtue of

11 U.S.C. § 524.

    IT IS SO ORDERED.

| | |
|---|---|
|  October 12, 2005 |   */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |